**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | | |
|---|---|---|
| PANHANDLE EASTERN PIPE LINE COMPANY, LP,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BIELAT; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NATIONS LENDING CORPORATION; 0.22 ACRES, MORE OR LESS, OF REAL ESTATE IN MONROE COUNTY, MICHIGAN; and UNKNOWN OWNERS,<br><br>Defendants. | ) | CAUSE NO. 2:25-CV-13656-LJM-APP<br>Honorable Laurie J. Michelson<br>Magistrate Judge Anthony P. Patti |

**AMENDED ORDER OF WITHDRAWAL AND DISBURSEMENT**

This matter is before the Court on the request of Plaintiff, Panhandle Eastern Pipe Line Company, LP ("Panhandle"), pursuant to LR 67.1(b), to withdraw and disburse the total amount of $4,752.00 currently held on deposit with the Court pursuant to the Court's Order of Deposit and Investment [ECF 29], consistent with the Court's May 14, 2026, "Order Granting Panhandle Eastern Pipe Line Company, LP's Motion for Summary Judgment, and Entry of Final Summary Judgment";

And the Court, being duly advised in the premises, now finds that the request should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall, as soon as the business of the Clerk's Office allows, forthwith withdraw the total amount of $4,752.00, plus 100% of the earned interest, currently held on deposit with the Court pursuant to the Court's Order of Deposit and Investment [ECF 29], and shall disburse such amount as follows:

| | |
|---|---|
| Name: | David Bielat and LoanCare LLC |
| Address: | LoanCare LLC<br>Attn: Legal<br>3637 Sentara Way<br>Virginia Beach, VA 23452 |
| Tax EIN: | XX-XXXX2898[1] |
| Amount of Principal: | $4,752.00 |
| Amount of Interest: | 100% |

**SO ORDERED** this 11th day of August 2026.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

[1] Pursuant to Fed. R. Civ. P. 5.2(a), the payee's EIN is partially redacted for privacy. A complete W-9 for payee, and a copy of this entered Order will be emailed to Court for payment.

**Distribution**:

Erik G. Chappell
LYDEN, CHAPPELL & DEWHIRST, LTD.
3309 Quail Hollow Dr., Suite E
Lambertville, MI 48144
Phone: (419) 867-8900
Fax: (419) 867-3647
Email: egc@lydenlaw.com
**Attorney for Plaintiff**

David Bielat
4042 Secor Rd.
Petersburg, MI 49270

Mortgage Electronic Systems, Inc.
Attn: Highest Executive Officer
11819 Miami St., Suite 100
Omaha, NE 68164